IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIKE RAYE AIKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2341-B-BN |
| | § | |
| FELICIA PITRE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint that overcomes the deficiencies identified in the Findings, Conclusions, and Recommendation no later than **21 days** from the date of this order. His failure to do so will result in the dismissal of this action without further notice.

**SO ORDERED.**

DATE: SEPTEMBER 26, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE