UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIKE RAYE AIKINS, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:18-cv-2341-B |
| FELICIA PITRE, ET AL., | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATE: OCTOBER 30, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE